UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SHARON VIVEIROS,
Plaintiff

    v.                          C.A. No. 06-419-T-DLM

JO ANNE B. BARNHART
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,
Defendant

## O R D E R

    This matter is hereby referred to Magistrate Judge David L. Martin for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

ENTER:                                BY ORDER:

_____        _____
Ernest C. Torres               Deputy Clerk
Chief Judge
Dated: 12/12/06