UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

SHARON VIVEIROS

           v.                    CA No. 06-419T

MICHAEL J. ASTRUE

### ORDER AFFIRMING DECISION OF THE COMMISSIONER

For reasons stated in Magistrate Judge Martin's Report and Recommendation dated September 24, 2008; and, in the absence of objection, the Commissioner's order is affirmed and the Plaintiff's motion for judgment is denied.

It is so ordered.

                                                By Order

                                                /s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge

Date: Jan. 22, 2009