# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

SHARON VIVEIROS,
Plaintiff

    v.                                                    C.A. No. 06-419T

MICHAEL J. ASTUE,
Defendant

## JUDGMENT

[ ] Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Miachel J. Astrue and against Plaintiff Sharon Viveiros pursuant to this Court's Order dated January 22nd, 2009.

                                                    Enter:

                                                /s/ Ryan H. Jackson

                                                Deputy Clerk

Dated: January 23rd, 2009